IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RETINA RENEE ARMSTRONG                                                                PLAINTIFF

v.                                               CIVIL ACTION NO.: 1:16-cv-00169-GHD-DAS

WASTE MANAGEMENT OF MISSISSIPPI,
INC. d/b/a Waste Management Corporate
Services, Inc.                                                                        DEFENDANT

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 19th day of September, 2016.

_____
SENIOR U.S. DISTRICT JUDGE